McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
SAMUEL WONG
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>      v.                    )<br>                            )<br>JUAN CAMACHO, et. al.,      )<br>                            )<br>            Defendants.     )<br>_____) | CR NO. S-07-289 LKK<br><br>ORDER RE STATUS CONFERENCE |

On July 8, 2008, at 9:30 a.m., this matter came on for a status conference.  The United States appeared through Assistant United States Attorneys Carolyn K. Delaney and Samuel Wong. Defendant Juan Camacho appeared with his attorney J. Toney; and defendant Luis Humberto Lopez-Avilez appeared with attorney Jay Greiner, specially appearing for attorney Mark Reichel.  All defendants were assisted by a Spanish interpreter.

The government and the defendants agreed that a further status conference should be scheduled on September 3, 2008, and that time should be excluded until that date based on the need for all defense counsel to review the voluminous discovery and prepare (local code T4) and because of the complexity of the case (local code T2).

Accordingly, the Court entered the following orders:

For good cause shown, IT IS HEREBY ORDERED THAT:

1. The case is scheduled for a further status conference on September 3, 2008.

2. The time between July 8, 2008 and September 3, 2008 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendants time to review the discovery and to adequately prepare; and Local Code T2, Title 18, United States Code, Section 3161 (h)(8)(B)(ii). The Court specifically finds that the case is complex and that a continuance is necessary to give the defendants reasonable time to prepare for trial in this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

DATE: July 11, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT