MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
LUIS LOPEZ AVILEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 ) NO. CR.S-07-289-LKK
            Plaintiff,           )
                                 ) STIPULATION AND ORDER
      v.                         )
                                 ) Date: September 30, 2008
                                 ) Time: 9:15 a.m.
                                 ) Judge: Hon. Lawrence K. Karlton
LUIS LOPEZ AVILEZ.               )
                                 )
            Defendant.
_____

### STIPULATION AND ORDER

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMUEL WONG, Assistant United States Attorney, MARK J. REICHEL, Attorney at law, attorney for defendant, that the present date for the status conference shall be continued to September 30, 2008. This does not concern any co defendant in the case, only Mr. Lopez Avilez.

   All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged

Stip and order

through September 30, 2008 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4 for effective defense preparation.

DATED: September 5, 2008.        Respectfully submitted,

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for Defendant


McGREGOR W. SCOTT
United States Attorney

DATED: September 5, 2008.        /s/MARK J. REICHEL for:
SAMUEL WONG
Assistant U.S. Attorney
Attorney for Plaintiff

# **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: September 5, 2008

*(signed)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT