1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    )  NO. 2:07 CR-00289-02 LKK
                                )
11          Plaintiff,           )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE AND EXCLUDING
12     v.                        )  TIME UNDER SPEEDY TRIAL ACT
                                )
13 LUIS HUMBERTO LOPEZ-AVILEZ,  )  Date:  September 30, 2008
                                )  Time:  9:15 a.m.
14          Defendant.           )  Court: Hon. Lawrence K. Karlton
   _____)

15

16     Whereas, the Court previously set September 30, 2008, as a
17 status conference hearing date in this case;
18     Whereas, defense counsel needs additional time to work out a
19 possible pretrial resolution of this case with the prosecution
20 and explain the ramifications of any such resolution to defendant
21 Luis Humberto Lopez-Avilez,
22     It is hereby stipulated by and between the United States and
23 Lopez-Avilez, through their respective counsel, that:
24     1.   The September 30, 2008, status hearing shall be
25 continued to October 21, 2008, at 9:15 a.m.;
26     2.   Time from the date of this stipulation to and including
27 October 21, 2008, shall be excluded from computation of time
28 within which the trial of this case must be commenced under the

                                  1

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated:  September 26, 2008          McGREGOR W. SCOTT
                                    United States Attorney

                              By:   /s/ Samuel Wong
                                    ─────────────────────────
                                    SAMUEL WONG
                                    Assistant United States Attorney


                                    /s/ Mark Reichel
Dated:  September 26, 2008          ─────────────────────────
                                    MARK REICHEL
                                    Attorney for defendant
                                    Luis Humberto Lopez-Avilez
                                    (per telephone authorization)


                              ORDER


    Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

    Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

    IT IS SO ORDERED.

Dated: September 29, 2008

                                    ─────────────────────────
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT