```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  NO. CR. S-07-289 LKK
                                )
12              Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE AND EXCLUDING
13       v.                     )  TIME UNDER THE SPEEDY TRIAL ACT
                                )
14  JUAN CAMACHO, et al.,       )  Court:  Hon. Lawrence K. Karlton
                                )  Date:   February 10, 2009
15              Defendants.     )  Time:   9:15 a.m.
    _____ )
16                              )
                                )
17
```

18       Whereas, there is currently set a status conference on
19  February 10, 2009, at 9:15 a.m.; and
20       Whereas, both defense counsel will need additional time to
21  review the discovery, conduct legal research, conduct additional
22  factual investigation, and communicate with his respective client
23  regarding this case,
24       IT IS HEREBY stipulated between plaintiff United States of
25  America, on the one hand, and defendants Juan Camacho and Luis
26  Lopez Avilez, on the other hand, by and through their respective
27  undersigned counsel, that the previously set February 10, 2009,
28  at 9:15 a.m., status conference shall be continued to March 17,

1  2009, at 9:15 a.m.
2      It is further stipulated and agreed between the parties that
3  the time period from the date of this stipulation, February 6,
4  2009, through and including March 17, 2009, shall be excluded
5  from computation of time within which the trial of the above
6  criminal prosecution must commenced under the Speedy Trial Act on
7  the grounds that the case is so unusual or so complex within the
8  meaning of the Speedy Trial Act and for defense preparation as
9  described in this stipulation.  All parties stipulate and agree
10 that these are appropriate exclusions of time within the meaning
11 of Title 18, United States Code, Section 3161(h)(8)(B)(ii) and
12 (iv), and Local Codes T2 and T4.
13 Dated:  February 6, 2009              Respectfully submitted,

                                        /s/ Mark Reichel
                                       MARK REICHEL
                                       Attorney for defendant
                                       Luis Lopez Avilez
                                       (per phone authorization)

                                        /s/ J. Toney
                                       J. TONEY
                                       Attorney for defendant
                                       Juan Camacho
                                       (per email authorization)

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                       By: /s/Samuel Wong
                                           SAMUEL WONG
                                           Assistant U.S. Attorney

1                                    ORDER
2
3         Based on the stipulation of the parties and good cause
4    appearing therefrom, the Court hereby adopts the stipulation of
5    the parties in its entirety as its order.
6         Based on the stipulation of the parties and good cause
7    appearing therefrom, the Court hereby finds that:  (1) given the
8    large amount of discovery and number of defendants involved in
9    this case, the case is unusual or so complex that it is
10   unreasonable to expect adequate preparation for pretrial
11   proceedings or for the trial itself within the time limits
12   established by the Speedy Trial Act; and (2) the failure to grant
13   a continuance in this case would deny defense counsel reasonable
14   time for effective preparation taking into account the exercise
15   of due diligence.  The Court specifically finds that the ends of
16   justice served by the granting of such continuance outweigh the
17   interests of the public and the defendants in a speedy trial.
18        IT IS SO ORDERED.
19
20   Dated: February 9, 2009
21
22                              _____
                                LAWRENCE K. KARLTON
23                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
24
25
26
27
28