```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-289 LKK |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JUAN CAMACHO, et al., | Court: Hon. Lawrence K. Karlton |
| | Date: April 24, 2009 |
| Defendants. | Time: 1:30 p.m. |

Whereas, there is currently set a status conference on April 24, 2009, at 1:30 p.m.; and

Whereas, both defense counsel will need additional time to review the discovery, conduct legal research, conduct additional factual investigation, and communicate with his respective client regarding this case,

IT IS HEREBY stipulated between plaintiff United States of America, on the one hand, and defendants Juan Camacho and Luis Lopez Avilez, on the other hand, by and through their respective undersigned counsel, that the previously set April 24, 2009, at 1:30 p.m., status conference shall be continued to **May 19, 2009,**

1

| | |
|---|---|
|1| **at 9:15 a.m.** |
|2| It is further stipulated and agreed between the parties that |
|3| the time period from the date of this stipulation, April 22, |
|4| 2009, through and including May 19, 2009, shall be excluded from |
|5| computation of time within which the trial of the above criminal |
|6| prosecution must commenced under the Speedy Trial Act on the |
|7| grounds that the case is so unusual or so complex within the |
|8| meaning of the Speedy Trial Act due to the large amount of |
|9| discovery in this case and for defense preparation as described |
|10| in this stipulation. All parties stipulate and agree that these |
|11| are appropriate exclusions of time within the meaning of Title |
|12| 18, United States Code, Section 3161(h)(8)(B)(ii) and (iv), and |
|13| Local Codes T2 and T4. |

Dated: April 22, 2009                      Respectfully submitted,


   /s/ Mark Reichel
MARK REICHEL
Attorney for defendant
Luis Lopez Avilez
(per phone authorization)


   /s/ J. Toney
J. TONEY
Attorney for defendant
Juan Camacho
(per email authorization)


LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Samuel Wong
   SAMUEL WONG
   Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that: (1) given the large amount of discovery involved in this case, the case is unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (2) the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: April 22, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT