LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-07-289  LKK |
| Plaintiff, | ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING FURTHER STATUS CONFERENCE DATE |
| v. | |
| JUAN CAMACHO, et al., | Court:  Hon. Lawrence K. Karlton |
| Defendants. | |

On May 19, 2009, the parties appeared before the Court for a status conference. Assistant United States Attorney Samuel Wong appeared on behalf of plaintiff United States of America. Mark Reichel, Esq., appeared with his client, defendant Luis Humberto Lopez-Avilez. J. Toney, Esq., appeared with his client, defendant Juan Camacho.

The parties requested that the matter be continued to August 11, 2009, at 9:15 a.m., for further status conference to allow each defense counsel additional time to prepare his respective client's case due to the unusual and complex nature of this case, especially as it relates to the amount of discovery involved in

1

1  this court authorized wiretap case.  The parties requested and
2  agreed that time from May 19, 2009, to, and including, August 11,
3  2009, shall be excluded from computation of time within which the
4  trial of this case must be commenced under the Speedy Trial Act,
5  pursuant to Local Code T2.
6       Based on the representations and stipulations of the
7  parties, and good cause appearing therefrom, the Court sets a new
8  status conference hearing on August 11, 2009, at 9:15 a.m.  The
9  Court orders that time from May 19, 2009, to, and including,
10 August 11, 2009, shall be excluded from computation of time
11 within which the trial of this case must be commenced under the
12 Speedy Trial Act, pursuant to Local Code T2.
13      The Court continues to affirm its previous finding that this
14 case is unusual and complex.  The Court specifically finds that
15 the ends of justice served by the granting of such continuance
16 outweigh the interests of the public and defendants in a speedy
17 trial.
18      It is so ordered.
19
20 Dated: June 15, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT